UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
TRACY MCFADDEN,                     )
                                    )
    Petitioner,                     )
                                    )
    v.                              )    Civil Action No. 10-0597 (PLF)
                                    )
UNITED STATES                       )
PAROLE COMMISSION,                  )
                                    )
    Respondent.                     )
_____)

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the Order to Show Cause [Dkt. No. 3] is DISCHARGED; it is

FURTHER ORDERED that the petition for a writ of *habeas corpus* [Dkt. No. 1] is DENIED; it is

FURTHER ORDERED that the motion to appoint counsel [Dkt. No. 9] is DENIED; and it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable Order. *See* Rule 4, Fed. R. App. P.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 27, 2010